# Third District Court of Appeal
## State of Florida

Opinion filed June 16, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

Nos. 3D20-22 & 3D20-1468
Lower Tribunal No. 17-20192

————————

**Mustafa Pamir Demirtas**,
Appellant,

vs.

**E. Seda Demirtas**,
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Marcia Del Rey, Judge.

Abramowitz and Associates, and Evan L. Abramowitz, for appellant.

Boyer Law Firm, P.L., and Francis M. Boyer and Jennifer F. W. Sticha (Jacksonville), for appellee.

Before EMAS, C.J., and LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed.